# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| FRANCISCO JAVIER ZAVALA MARTINEZ, RENE MEZA QUIRINO, CARLOS GIOVANNI PEREZ CASTRO, LUIS ADRIAN PEREZ GARCIA, and VICTOR HUGO MAXIMO DIAZ<br>*Plaintiffs*,<br><br>v.<br><br>MANZANA, LLC; N. CASERTANO GREENHOUSES & FARMS, INC.; LAWRENCE WILLIAMS; and JOHN CASERTANO<br>*Defendants*. | No. 3:24-cv-1900 (VAB) |

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Initial disclosures due by **March 27, 2025**.
- Damages analysis due by **March 27, 2025**.
- Joinder of parties due by **May 9, 2025.**
- Amended pleadings due by **May 9, 2025**.
- Responses to amended pleadings due by **May 30, 2025**.
- Designation and reports of expert witnesses on any issues on which they bear the burden of proof due by **October 3, 2025.**
- Depositions of expert witnesses on any issues on which they bear the burden of proof shall be completed by **November 7, 2025.**
- Designation and reports of expert witnesses on any issues on which they do not bear the burden of proof due by **November 14, 2025.**
- Depositions of expert witnesses on any issues on which they do not bear the burden of proof shall be completed by **December 19, 2025.**
- All discovery shall close by **December 19, 2025**.
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **January 9, 2026**.
- Dispositive motions due by **January 23, 2026.**
- Responses to dispositive motions due by **February 13, 2026.**

- Any replies to responses to dispositive motions due by **February 27, 2026**.
- Joint trial memorandum, which shall include, *inter alia,* any and all motions *in limine*, is due by **March 20, 2026,** or **thirty (30) days** after the Court rules on any dispositive motions.
- Trial ready date is **April 20, 2026**, or **thirty (30) days** after the Joint Trial Memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 25th day of March, 2025.

    /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge