UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCISCO JAVIER ZAVALA MARTINEZ, RENE MEZA QUIRINO, CARLOS GIOVANNI PEREZ CASTRO, LUIS ADRIAN PEREZ GARCIA, and VICTOR HUGO MAXIMO DIAZ, <br><br> *Plaintiffs*, <br><br> v. <br><br> MANZANA, LLC; N. CASERTANO GREENHOUSES & FARMS, INC.; LAWRENCE WILLIAMS; and JOHN CASERTANO, <br><br> *Defendants*. | No. 3:24-cv-01900-VAB <br><br><br><br><br> April 4, 2025 |

**JOINT STATUS REPORT**

Counsel for the Plaintiffs and Defendants respectfully submit this joint status report in response to the Court's Order and briefing schedule concerning the parties' respective positions on bifurcated discovery in their Rule 26(f) Report. (ECF No. 35.) The parties have reached an agreement that discovery need not be bifurcated or conducted in phases and are working on a proposed date for Plaintiffs to submit their Rule 23 motion for class certification on a date after the close of discovery.

WHEREFORE, the parties respectfully request that the briefing schedule and/or the April 17, 2025 discovery conference be canceled and that the parties may submit their revised Rule 26(f) Report with a proposed Rule 23 motion for class certification date by April 11, 2025.

Dated: April 4, 2025

/s/ Muneer I. Ahmad
Muneer I. Ahmad (ct28109)
Madelyn Finucane (ct31861)
Mauricio Gonzalez Sanchez, Law Student Intern
Diana Miranda Jimenez, Law Student Intern
Natalia Poblete, Law Student Intern
Clara Shanabrook, Law Student Intern
Gabriela Torres-Lorenzotti, Law Student Intern
Theodore Watler, Law Student Intern
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4716
*Counsel for Plaintiffs*

/s/ Jeremy M. Creelan
Jeremy M. Creelan*
Angela L. Zhang*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1678

Daniel R. Echeverri*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 840-7294
*Counsel for Plaintiffs*

/s/ Kevin R. Brady
Kevin R. Brady (ct22135)
FISHER & PHILLIPS LLP
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
(212) 710-1909

Christopher J. Schulte*
FISHER & PHILLIPS LLP
1401 New York Avenue, N.W., Suite 400
Washington, DC 20005
(202) 559-2440
*Counsel for Defendants*

*Admitted *pro hac vice*.

FP 54427190.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of April 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                      */s/ Kevin R. Brady*

                                                                                                         Kevin R. Brady